UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JB NICHOLAS,

                       Plaintiff,

    - against -

BASIL SEGGOS, Commissioner, New York State Department of Environmental Conservation, GAYE SOMOGIE, Licensed Guide Program Coordinator, New York State Department of Environmental Conservation, JOSEPH THERRIEN, Licensed Guide Program Coordinator, New York State Department of Environmental Conservation,

                       Defendants.
------------------------------------------------------------------X

No. 23-CV-463(GTS)(CFH)

Glenn T. Suddaby, U.S.D.J.

Christian F. Hummel, U.S.M.J.

**STIPULATION [AND ORDER] OF DISMISSAL**

    **WHEREAS**, the parties have agreed to a stipulation of settlement and now desire to resolve the remaining issues in this litigation, without further proceedings and without admitting any fault or liability;

    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed against all Defendants, in their individual and official capacities, with prejudice, and without costs, expenses, or attorney' fees.

    2.    Notwithstanding the dismissal of this action in accordance with this agreement, this Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the

1

parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

3. This Stipulation may be executed in one or more counterparts, each of which taken together shall constitute one and the same document, and facsimile or electronically scanned signatures shall be deemed originals.

Dated: February 14, 2024

JASON B. NICHOLAS
86 Duane Street
Malone, New York 12953
(518) 319-5818
jasonbnicholas@gmail.com

BY: *JBNicholas*
Jason B. Nicholas

*Plaintiff Pro Se*

LETITIA JAMES
Attorney General of the State of New York
Environmental Protection Bureau
28 Liberty Street, 19th Fl.
New York, New York 10005
(212) 416-6692
max.shterngel@ag.ny.gov

BY: _____
Max Shterngel, Asst. Atty. Gen.

*Attorney for Defendants Basil Seggos, Gaye Somogie, and Joseph Therrien, and for Non-Party New York State Department of Environmental Conservation*

**SO ORDERED:**

_____
Glenn T. Suddaby
U.S. District Judge

Dated: 2/20/2024

2

## CERTIFICATE OF SERVICE

      I certify that on February 14, 2024, I filed and served a copy of the foregoing Stipulation [and Order] of Dismissal by electronic mail and by filing with the Clerk of the Court for the United States District Court for the Northern District of New York via the CM/ECF system upon the following:

Jason B. Nicholas
86 Duane Street
Malone, NY 12953
jason.b.nicholas@gmail.com
*Plaintiff Pro Se*

                                        */s/ Max Shterngel*
                                        Max Shterngel
                                        Assistant Attorney General
                                        Counsel for Defendants